UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMENEJILDO TEPI, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY BAKERY, LLC, THE CITY BAKERY, INC., and MAURY RUBIN,<br><br>Defendants. | Case No. 1:18-cv-02233-CM<br><br>**DEFENDANTS' FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants THE CITY BAKERY, LLC and THE CITY BAKERY, INC., by and through their counsel Littler Mendelson, P.C., affirm that no publicly held corporation owns 10% or more of their stock. The parent corporation of THE CITY BAKERY, LLC is CITY BAKERY BRANDS, LLC. THE CITY BAKERY, INC. is an inactive corporation and does not have any parent corporation.

Date:  July 9, 2018
       New York, New York

/s/ Eli Z. Freedberg
Eli Z. Freedberg
Kevin K. Yam
LITTLER MENDELSON
  A Professional Corporation
900 Third Avenue
New York, NY  10022
212-583-9600

*Attorneys for Defendants THE CITY BAKERY, LLC, THE CITY BAKERY, INC., and MAURY RUBIN*