UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

HERMENEJILDO TEPI, on behalf of himself and
others similarly situated,

          Plaintiff,

        -against-

THE CITY BAKERY, LLC, THE CITY BAKERY,
INC., and MAURY RUBIN,

          Defendants.

------------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/17/18 |

No. 18 Civ. 2233 (CM)
Mediation
Referral Order

McMahon, C.J.:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: July 17, 2018

                             Chief Judge

BY ECF TO ALL COUNSEL