# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

September 20, 2018

**BY ECF**

Hon. Colleen McMahon, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     *Re:* *Tepi v. The City Bakery, LLC, et al.*
       <u>*Case No. 18-CV-2233 (CM)*</u>

Dear Judge McMahon,

  We are counsel to the plaintiff in the above-referenced matter. Please accept this letter as plaintiff's request that an initial pretrial scheduling conference be scheduled at the Court's earliest convenience. Attempt for an early resolution through mediation proved unsuccessful.

  We thank the Court for considering this application.

          Respectfully submitted,

          Justin Cilenti

JC/tc

cc: Defense Counsel (by ECF)