# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue - 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/18

October 1, 2018

**BY ECF**

Hon. Colleen McMahon, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Conference adjourned to
10/26/18 @ 11:00 am.

*[signature]*

Re:  *Tepi v. The City Bakery, LLC, et al.*
     Case No. 18-CV-2233 (CM)

Dear Judge McMahon,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on October 5, 2018 at 11:30 a.m. Due to a scheduling conflict, please accept this letter as plaintiff's request for a short adjournment. The parties have conferred and are available on October 26, 2018 or as soon thereafter that is convenient for the Court. No other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

*[signature]*
Justin Cilenti

cc: Defense Counsel (by ECF)