

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

December 14, 2018

**VIA ECF**

Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: Hermenejildo Tepi, et al. v. The City Bakery, LLC, et al.
Case No. 18-cv-02233

Dear Judge McMahon:

This firm represents Defendants The City Bakery, LLC, The City Bakery, Inc., and Maury Rubin (collectively, "Defendants") in the above-referenced action.

With Plaintiff's consent, Defendants write this letter to inform the Court that a settlement-in-principle has been reached. The parties respectfully request that the Court adjourn all deadlines and/or court appearances *sine die*.

The parties expect to file a formal settlement agreement and a fairness letter motion for the Court's review within 30 days.

We thank the Court for its attention and consideration in this matter.

Sincerely,

/s/ Kevin K. Yam

Kevin K. Yam

Cc: All Counsel of Record (Via ECF)

littler.com