

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

January 16, 2019

**VIA ECF**

Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**Re: Hermenejildo Tepi, et al. v. The City Bakery, LLC, et al.
Case No. 18-cv-02233**

Dear Judge McMahon:

This firm represents Defendants The City Bakery, LLC, The City Bakery, Inc., and Maury Rubin (collectively, "Defendants") in the above-referenced action.

As Your Honor is aware, the parties reached a settlement in principle on December 14, 2018. (*See* Dkt. 27) On December 17, 2018, Your Honor ordered that this FLSA/NYLL action "is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated." (*See* Dkt. 28)

I write, with the consent of Plaintiff's counsel, to respectfully request an extension of time of two weeks through **January 31, 2019** so that the parties may finalize and execute the settlement agreement, and submit the agreement for the Court's approval as fair and reasonable.

We thank the Court for its attention and consideration in this matter.

Sincerely,

/s/ Kevin K. Yam

Kevin K. Yam

Cc: All Counsel of Record (Via ECF)

littler.com