UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
HERMENEJILDO TEPI, on behalf of himself and
others similarly situated,

                               Plaintiff,

   -against-

THE CITY BAKERY, LLC, THE CITY BAKERY, INC., and
MAURY RUBIN,

                              Defendants.
-----------------------------------------------------------------------X

Case No. 18-CV-2233 (CM)

**DECLARATION IN SUPPORT**

I, JUSTIN CILENTI, declare under penalty of perjury, and pursuant to *28 U.S.C. § 1746*, that the following is true and accurate:

1. I am a member of the law firm Cilenti & Cooper, PLLC, attorneys for Plaintiff in the above-captioned action. As such, I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Plaintiff's motion to, *inter alia*, enforce the judicially approved settlement agreement reached between the parties (the "Agreement"), and to have judgment entered against defendants The City Bakery, LLC, The City Bakery, Inc., and Maury Rubin (collectively, "Defendants"), jointly and severally, as a result of Defendants' breach of the Agreement.

3. A true and accurate copy of the Agreement is attached hereto as Exhibit A.

4. A true and accurate copy of Plaintiff's September 19, 2019 default letter is attached hereto as Exhibit B.

5.  A true and accurate copy of Plaintiff's counsel's billing statement for the time period between September 16, 2019 through October 17, 2019 is attached hereto as Exhibit C.

Dated: New York, New York
       October 17, 2019

_____
Justin Cilenti