CILENTI & COOPER, PLLC
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
T. (212) 209-3933
F. (212) 209-7102
info@jcpclaw.com

Tepi v. The City Bakery, LLC, et al. (18-CV-2233)
JC = Justin Cilenti, Esq.
TC = Tatiana Cevallos, Legal Assistant

**\*\*Billing for Period September 16, 2019 – October __, 2019\*\***

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 9/17/19 JC | Draft email to defense counsel re: status of payment. | .1 | $400 | $40 |
| 9/18/19 JC | Draft follow-up email to defense counsel re: status of payment. | .1 | $400 | $40 |
| 9/19/19 JC | Draft default letter to defense counsel re: default; email same. | .3 | $400 | $120 |
| JC | Review email from defense counsel re: default. | .1 | $400 | $40 |
| 9/24/19 JC | Draft follow-up email to defense counsel re: status of payment. | .1 | $400 | $40 |
| 9/26/19 JC | Review email from defense counsel re: status of payment. | .1 | $400 | $40 |
| TC | Telephone discussion w/client re: status of payment. | .1 | $100 | $10 |
| 9/30/19 JC | Draft follow-up email to defense counsel re: status of payment. | .1 | $400 | $40 |
| 10/9/19 JC | Draft follow-up email to defense counsel re: status of payment. | .1 | $400 | $40 |
| 10/15/19 TC | Telephone discussion with client re: late payment. | .1 | $100 | $10 |

| Date | Atty | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **10/16/19** | | | | | |
| | JC | Conduct legal research re: motion to enforce settlement. | 1.2 | $400 | $480 |
| | JC | Draft notice of motion, declaration, and memorandum of law in support of motion to enforce. | 3.1 | $400 | $1,240 |
| **10/17/19** | | | | | |
| | JC | Finalize motion. | 1.0 | $400 | $400 |
| | TC | Telephone discussion with client re: motion to enforce. | .1 | $100 | $10 |

Total Hours: 6.6
Total Fees: $2,550