# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

-------------------------------------------------------------X

HERMENEJILDO TEPI, on behalf of himself
And others similarly situated,

              Plaintiff,

        -against-

THE CITY BALERY, LLC, THE CITY
BAKERY, INC., and MAURY RUBIN,
                  Defendants.

-------------------------------------------------------------X

18 **CIVIL** 2233 (CM)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo-Endorsed Order dated November 18, 2019, motion granted, no

substantive opposition filed; judgment is hereby entered against The City Bakery, LLC, The City

Bakery, Inc., and Maury Rubin ("Defendants"), jointly and severally, in the amount of $46,050,

which equals unpaid principal, liquidated damages, and attorneys' fees resulting from

Defendants' breach of the Agreement.

**Dated:** New York, New York
       November 19, 2019

                      **RUBY J. KRAJICK**
                        **Clerk of Court**

BY:

                       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/19/2019